# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                **CASE NO. 4:21-CR-00179-001 LPR**

**PALMER TYSON STUBBLEFIELD**                                   **DEFENDANT**

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (Doc. 59) as to the above-named defendant should be amended to reflect the following correction:

1)      The total amount of restitution owed by the defendant is **$148,500.70**.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the changes listed above, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 23rd day of January 2023.

                                                           _____
                                                           LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE